# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA CARMEN REYES,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No.: 1:15-cv-01436-SAB<br><br>ORDER GRANTING EXTENSION OF TIME AND MODIFYING SCHEDULING ORDER<br><br>(ECF No. 11) |

On May 24, 2016, Defendant filed a stipulation requesting an extension of time to file her opposition to Plaintiff's opening brief as required by the Court's scheduling order. (ECF No. 11.) Pursuant to the stipulation, Defendant will file her opposition to Plaintiff's opening brief on or before **June 27, 2016**. This request is granted, and the scheduling order is modified as follows:

1. Defendant's opposition to Plaintiff's opening brief shall be filed on or before **June 27, 2016**; and

2. Plaintiff may file a reply brief on or before **July 15, 2016**.

IT IS SO ORDERED.

Dated:   **May 25, 2016**

UNITED STATES MAGISTRATE JUDGE

1