# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA CARMEN REYES,<br><br>    Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No.: 1:15-cv-01436-SAB<br><br>ORDER REQUIRING DEFENDANT TO SHOW CAUSE WHY PLAINTIFF'S SOCIAL SECURITY APPEAL SHOULD NOT BE DEEMED UNOPPOSED OR FILE AN OPPOSITION<br><br>TEN-DAY DEADLINE |

On May 25, 2016, an order issued granting the parties stipulation to extend time for Defendant to file an opposition to Plaintiff's brief in support of remand. Pursuant to the stipulation, Defendant's opposition was to be filed on or before June 27, 2016. (ECF No. 12.) Defendant has not filed an opposition brief.

Local Rule 110 provides that "[f]ailure of counsel or of a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all sanctions . . . within the inherent power of the Court." The Court has the inherent power to control its docket and may, in the exercise of that power, impose sanctions where appropriate, including dismissal of the action. Bautista v. Los Angeles County, 216 F.3d 837, 841 (9th Cir. 2000).

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED that, within ten (10) days from the date of service of this order, Defendant shall either file a written response to this order to show cause why Plaintiff's opening brief should not be deemed unopposed or file an opposition to Plaintiff's opening brief.

IT IS SO ORDERED.

Dated:   **June 29, 2016**

UNITED STATES MAGISTRATE JUDGE