# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA CARMEN REYES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No. 1:15-cv-01436-SAB<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE<br><br>(ECF No. 14) |

On June 29, 2016, an order issued requiring Defendant to either file a written response to an order to show cause why Plaintiff's opening brief should not be deemed unopposed or file an opposition to Plaintiff's opening brief. On July 7, 2016, Defendant filed an opposition.

Accordingly, the order to show cause issued June 29, 2016, is HEREBY DISCHARGED and Plaintiff's reply, if any, shall be filed on or before July 25, 2016.

IT IS SO ORDERED.

Dated: __July 11, 2016__

　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1