# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA CARMEN REYES,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No. 1:15-cv-01436-SAB<br><br>ORDER THAT JUDGMENT BE ENTERED AND DIRECTING CLERK OF COURT TO CLOSE THIS ACTION<br><br>(ECF No. 19) |

On December 1, 2016, the Court denied Plaintiff's social security appeal. (ECF No. 19.) Accordingly, IT IS HEREBY ORDERED that judgment be entered in favor of Defendant Commissioner of Social Security and against Plaintiff Maria Carmen Reyes and the Clerk of Court is directed to close this action.

IT IS SO ORDERED.

Dated:   **December 6, 2016**

UNITED STATES MAGISTRATE JUDGE

1